UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
JEOVANNY GARCIA, MELVIN IVAN CHAVEZ,    Case No. 11cv6184
and NICEFORO MARTIN BAUTISTA, on behalf           (RRM)(RLM)
of themselves and others similarly situated,

                                    **DEFAULT BY CLERK**

                      Plaintiffs,

    -against-

AKR CORPORATION dba PALACE FRIED
CHICKEN, NASRULLAH KAMRAN,
GHULEM MOHAMMAD, MOHAMMAD
D. ARIFEE, and WYCKOFF FOOD CORP.
dba PALACE FRIED CHICKEN,

                    Defendants.
-------------------------------------------------------------X

       It appearing from the records in this action that the Summons and Complaint have been served upon Defendants Ghulem Mohammad and Wyckoff Food Corp. dba Palace Fried Chicken, and it further appearing from the declaration of counsel for Plaintiffs, and other evidence as required by Rule 55(a) of the Federal Rules of Civil Procedure, that said Defendants have failed to plead or otherwise defend this action as directed in said Summons and as provided in the Federal Rules of Civil Procedure:

       Now, therefore, on request of Plaintiffs' counsel, the DEFAULT of Defendants Ghulem Mohammad and Wyckoff Food Corp. dba Palace Fried Chicken, hereby is entered.

DATED: _____    By: _____
                                                            Deputy Clerk