EXHIBIT "B"

# CILENTI & COOPER, PLLC

ATTORNEYS AT LAW
708 Third Avenue – 6th Floor
New York, New York 10017

Telephone (212) 209-3933
Facsimile (212) 209-7102
Email: info@jcpclaw.com

August 28, 2012

**Via Facsimile (718) 891-2274**
Theodore Alatsas, Esq.
Alatsas & Taub, P.C.
2115 Avenue U
Brooklyn, New York 11229

      Re:      **Jeovanny Garcia, et. al. v. AKR Corporation, et. al.**
      Case No.:  11cv6184(RRM)(RLM)

Dear Mr. Alatsas,

      We write with reference to the order of Judge Roanne L. Mann, dated August 28, 2012, which states, in part, "[AKR Corporation, Nasrullah Kamran and Mohammad D. Arifee] and their attorney are directed to pay the reasonable expenses, including attorneys' fees, caused by their discovery violations."

      We enclose an invoice for such expenses and ask you to kindly remit payment to "Cilenti & Cooper, PLLC" on or before September 14, 2012.

      Thank you for your attention to this matter.

                                    Sincerely,

                                    Peter H. Cooper

cc:    **Via Facsimile (212) 742-0005**
      Robert G. Androsiglio, Esq.
      Radna & Androsiglio, LLP
      110 Wall Street
      11th Floor
      New York, New York 10005

# Cilenti & Cooper, PLLC

Attorneys At Law
708 Third Avenue – 6th Floor
New York, New York 10017

Telephone (212) 209-3933
Facsimile (212) 209-7102
Email: info@jcpclaw.com
www.jcpclaw.com

## INVOICE FOR SERVICES

| Date & Attorney | Transaction | Hours | Hourly Rate | Amount Due |
|---|---|---|---|---|
| 7/31/12 | CORRESPONDENCE TO T. ALATSAS RE: FAILURE TO RESPOND TO DISCOVERY | .3 | $400 | $120 |
| 8/9/12 | CORRESPONDENCE TO T. ALATSAS RE: SECOND GOOD FAITH DEMAND/ REFUSAL TO RESPOND TO DISCOVERY | .3 | $400 | $120 |
| 8/13/12 | DRAFT MOTION TO PRECLUDE/ COMPEL DISCOVERY | 1.7 | $400 | $680 |
| 8/15/12 | RECEIVE/REVIEW ORDER TO SHOW CAUSE | .2 | $400 | $80 |
| 8/20/12 | RECEIVE/REVIEW DEFENDANTS' LETTER/OPPOSITION TO MOTION AND INTERROGATORIES | .5 | $400 | $200 |
| | DRAFT REPLY IN RESPONSE TO DEFENDANTS' OPPOSITION AND IN SUPPORT OF MOTION | .75 | $400 | $300 |

TOTAL..................................................................................$1,500.00

PLEASE REMIT PAYMENT TO:

**Cilenti & Cooper, PLLC**
708 THIRD AVENUE, 6TH FLOOR
NEW YORK, NEW YORK 10017