UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
JEOVANNY GARCIA, et al.,

                              Plaintiffs,            **ORDER ADOPTING REPORT
                                                      AND RECOMMENDATION**
        - against -                                   11-CV-6184 (RRM) (RLM)

AKR CORPORATION, et al.,
                              Defendants.
----------------------------------------------------------X

ROSLYNN R. MAUSKOPF, United States District Judge.

    By Motion filed on July 6, 2012, plaintiffs Jeovanny Garcia, Melvin Ivan Chavez, and

Niceforo Martin Bautista moved for default judgment against defendant Wyckoff Food

Corporation.[1]  (Doc. No. 25.)  By Order entered on July 11, 2012, this Court referred that motion

to the assigned Magistrate Judge, the Honorable Roanne L. Mann, for a Report and

Recommendation.  On January 10, 2013, Judge Mann issued a Report and Recommendation

("R&R") recommending that plaintiffs' motion for default judgment on liability against Wyckoff

Food Corporation be granted and that the inquest on damages be deferred pending the resolution

of plaintiffs' claims against the non-defaulting defendants.  (Doc. No. 59.)  Judge Mann

reminded the parties that, pursuant to Rule 72(b), any objection to the R&R was due on or before

January 28, 2013.  No party has filed any objection.

    Pursuant to 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72, the Court has

reviewed the R&R for clear error and, finding none, concurs with the R&R in its entirety.  *See*

*Covey v. Simonton*, 481 F. Supp. 2d 224, 226 (E.D.N.Y. 2007).  Accordingly, it is hereby

ORDERED that default judgment on liability enter in favor of plaintiffs against Wyckoff Food

Corporation.  Upon resolution of plaintiffs' claims against the non-defaulting defendants, the

---

[1] Plaintiffs also sought default judgment against Ghulem Mohammed, but withdrew their motion after Mohammed appeared in this action.  (*See* Endorsed Order dated July 25, 2012 (Doc. No. 34).).

Court will determine the damages, if any, to which plaintiffs are entitled from Wyckoff Food

Corporation.

      The Clerk of the Court is directed to transmit a copy of this Order to Wyckoff Food

Corporation at the following address:

> Wyckoff Food Corp., d/b/a Palace Fried Chicken
> 285 Wyckoff Avenue
> Brooklyn, NY 11237


                                    SO ORDERED.


Dated: Brooklyn, New York        *Roslynn R. Mauskopf*
       February 24, 2013        _____
                                   ROSLYNN R. MAUSKOPF
                                   United States District Judge