UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

JEOVANNY GARCIA, MELVIN IVAN CHAVEZ, and NICEFORO MARTIN BAUTISTA, on behalf of themselves and others similarly situated,

    Plaintiffs,

-against-

AKR CORPORATION dba PALACE FRIED CHICKEN, NASRULLAH KAMRAN, GHULEM MOHAMMAD, MOHAMMAD D. ARIFEE, and WYCKOFF FOOD CORP. dba PALACE FRIED CHICKEN,

    Defendants.

---

Case No.: 11cv6184
(RRM)(RLM)

STIPULATION OF DISMISSAL

FILED
IN CLERK'S OFFICE
DISTRICT COURT E.D.N.Y.
MAR 22 2013
BROOKLYN OFFICE

It is stipulated and agreed that the case was settled upon negotiated terms which all parties agree are fair and reasonable, and pursuant to Federal Rule of civil Procedure 41 (a), the case shall be, and hereby is, dismissed with prejudice and without costs or attorneys' fees against any party.

Dated: New York, New York
   February 20, 2013

**CILENTI & COOPER, PLLC**

By: _____
 Peter H. Cooper, Esq. (PHC 4714)
708 Third Avenue – 6th Floor
New York, New York 10017
Telephone (212) 209-3933
Facsimile (212) 209-7102

**ALTSAS & TAUB, P.C.**

By: _____
 Theodore Alatsas, Esq.
2115 Avenue U
Brooklyn, New York 11229
Telephone (718) 891-1200
Facsimile (718) 891-2274

**RADNA & ANDROSIGLIO, LLP**

By: _____
Robert G. Androsiglio, Esq.
110 Wall Street - 11th Floor
New York, New York 10005
Telephone (212) 742-0001
Facsimile (212) 742-0005

So ordered: _____s/RRM_____   3/21/2013